

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-3-2007

# Briseno-Flores v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-5323

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Briseno-Flores v. Atty Gen USA" (2007). *2007 Decisions.* Paper 666.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/666

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 05-5323
_____

JESUS BRISENO-FLORES,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

_____

Petition for Review of an Order of the
United States Department of Justice
Board of Immigration Appeals
(BIA No. A74-992-241)
Immigration Judge Donald V. Ferlise

_____

Argued May 8, 2007

Before: RENDELL and  JORDAN, *Circuit Judges*
and VANASKIE*, *District Judge*

(Opinion Filed June 26, 2007)

_____

Roger R. Laguna, Jr. **[ARGUED]**
Laguna, Reyes & Maloney
1119 North Front Street
Harrisburg, PA 17102
  *Counsel for Petitioner*

Richard M. Evans
Emily A. Radford
David E. Dauenheimer
Blair T. O'Connor
Gjon Juncaj **[ARGUED]**
United States Department of Justice
Office of Immigration Litigation
P. O. Box 878
Ben Franklin Station
Washington, DC   20044

_____

## ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge.*

IT IS NOW ORDERED in the above-captioned case that the Opinion be amended as follows:

Footnote 2 shall now read:

Briseno also asks this Court to stay the voluntary departure period granted to him by the BIA. That application will be addressed in a separate order.

/s/ Kent A. Jordan
Circuit Judge

DATED: July 3, 2007

---

*Honorable Thomas I. Vanaskie, District Court Judge for the Middle District of Pennsylvania, sitting by designation.